Commonwealth ex rel. Leamer, Appellant, *v.*
Russell.

Submitted April 15, 1968.   Before BELL, C. J., MUS-
MANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Eugene J. Iannuzzi,* for appellant.

*Amos Davis,* District Attorney,  for appellee.

OPINION PER CURIAM, July 1, 1968:
Order  affirmed.
Mr. Justice COHEN took no part in the consideration
or decision of this case.